## Case No. 4,997.

### In re FOWLER et al.

[8 Ben. 421.][1]

District Court, S. D. New York. May, 1876.

[1] [Reported by Robert D. Benedict, Esq., and Benj. Lincoln Benedict, Esq., and here reprinted by permission.]

BLATCHFORD, District Judge. I concur in the foregoing opinion of the register.